O

1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )
                                      )
12              Plaintiff,            )     SA 08-571M
                                      )
13       v.                           )     ORDER OF DETENTION AFTER HEARING
                                      )           (18 U.S.C. § 3142(i))
14  LEONARDO VALENCIA CERVANTES,      )
                                      )
15              Defendant.            )
                                      )
16

17                                    I.

18    A.  ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22             (21 U.S.C. §§ 801,/951, et. seq.,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. (X)   serious risk defendant will flee;

26        2. ( )   serious risk defendant will

27            a. ( )  obstruct or attempt to obstruct justice;

28            b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                           Page 1 of 3

1                                                          II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )    appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                                          III.

6    The Court has considered:

7    A. ( x) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                                         IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16         **Defendant is undocumented.  He has no ties to the community and no bail**

17         **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20         1. ( )   obstruct  or  attempt to obstruct  justice;

21         2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24         provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                      - 2 -                                      Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: October 9, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      - 3 -      Page 3 of 3